# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 13−30150−KRH
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darshelle Mayo
2814 Woodcliff Ave.
Richmond, VA 23222

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4828

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on January 17, 2013 dismissing the above−captioned case.

Dated:   January 17, 2013                                    For the Court,

                                                              William C. Redden, Clerk
[VAN015vDec2009.jsp]                                          United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 13-30150-KRH
Darshelle Mayo                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs            Page 1 of 2            Date Rcvd: Jan 17, 2013
                              Form ID: VAN015          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2013.
```
db          +Darshelle Mayo,    2814 Woodcliff Ave.,    Richmond, VA 23222-3834
11566087    +C L BELLE AUTO SALES,    3101 WEST BROAD STREET,    RICHMOND, VA 23230-5106
11566086    +DEPARTMENT OF PUBLIC UTILITIES,    900 EAST BROAD STREET,    RICHMOND, VA 23219-1907
11566088    +DOMINION POWER,    P O BOX 26543,    RICHMOND, VA 23290-0001
11566089    +ERIE INSURANCE EXCHANGE,    6804 PATTERSON AVE,    SUITE A,    RICHMOND, VA 23226-3429
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QHSHAIA.COM Jan 18 2013 02:23:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
              8550 Mayland Drive,    Richmond, VA 23294-4704
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 2               Date Rcvd: Jan 17, 2013
                               Form ID: VAN015            Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2013 at the address(es) listed below:
         Harry   Shaia, Jr    harryshaia@spinella.com,
          marykeller@spinella.com;dianecollins@spinella.com;annherrelko@spinella.com;hshaiajr@ecf.epiqsyste
          ms.com
                                                                                        TOTAL: 1