# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   13−30150−KRH
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darshelle Mayo
2814 Woodcliff Ave.
Richmond, VA 23222

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−0828

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

 Notice is hereby given that an order was entered on May 9, 2013 dismissing the above−captioned case.

Dated:   May 9, 2013                             For the Court,

                                                 William C. Redden, Clerk
[VAN015vDec2009.jsp]                             United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Darshelle Mayo  
    Debtor  

Case No. 13-30150-KRH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: frenchs              Page 1 of 2              Date Rcvd: May 09, 2013
                      Form ID: VAN015           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2013.
```
db          +Darshelle Mayo,    2814 Woodcliff Ave.,    Richmond, VA 23222-3834
11566087    +C L BELLE AUTO SALES,    3101 WEST BROAD STREET,    RICHMOND, VA 23230-5106
11566086    +DEPARTMENT OF PUBLIC UTILITIES,    900 EAST BROAD STREET,    RICHMOND, VA 23219-1907
11566088    +DOMINION POWER,    P O BOX 26543,    RICHMOND, VA 23290-0001
11566089    +ERIE INSURANCE EXCHANGE,    6804 PATTERSON AVE,    SUITE A,    RICHMOND, VA 23226-3429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QHSHAIA.COM May 09 2013 23:44:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
              8550 Mayland Drive,    Richmond, VA 23294-4704
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs                Page 2 of 2                  Date Rcvd: May 09, 2013
                               Form ID: VAN015              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2013 at the address(es) listed below:

            Harry   Shaia, Jr    harryshaia@spinella.com,
             marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
            Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
            Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
             Robert.B.Van.Arsdale@usdoj.gov
            Shannon Franklin Pecoraro    on behalf of U.S. Trustee Judy A. Robbins, 11
             shannon.franklin@usdoj.gov,   june.e.turner@usdoj.gov;Theresa.Mack@usdoj.gov

                                                                                   TOTAL: 4